# IN THE SUPREME COURT OF THE STATE OF NEVADA

LEO CONO, A/K/A CONO,
Appellant,
vs.
WILLIAM PELHAM BARR; AARON
DARNELL. FORD; DONALD W.
WASHINGTON; STEVEN B.
WOLFSON; GARY G. SCHOFIELD;
REBECCA SALAZAR; KEVIN VEREEN;
WILLIAM BURKS; STEVE H. FISHER;
KELLY O'MEARA; ROBERT
THOMPSON; NOVA MURRAY;
BRENDA BERRY; BART LANDON;
KERRY HUTCHINGS; MAUREEN
GRONEMAN; DESIREE SIDA; JACOB;
NICK; SERGEANT PASTEROUS;
SERGEANT SANFORD; A. MALONE;
AF MARQUEZ; MISS TANJARA; THE
UNITED STATES OF AMERICA -
ATTORNEY GENERAL; THE UNITED
STATES OF AMERICA - US
MARSHALS; THE UNITED STATES OF
AMERICA - MILITARY POLICE;
CLARK COUNTY; THE STATE OF
NEVADA - OFFICE OF THE DISTRICT
ATTORNEY; THE STATE OF NEVADA
- SNAP; THE STATE OF NEVADA -
ATTORNEY GENERAL; THE STATE
OF NEVADA - OFFICE OF THE
VICTIM OF CRIMES; THE CLARK
COUNTY, THE STATE OF NEVADA;
PFFOCE OF THE VICTIMS OF
CRIMES; AND FIS EBT-EDGE,
Respondents.

No. 80007



FILED

DEC 24 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed in this court on November 13, 2019, without payment of the requisite filing fee. On that same day a notice was issued directing appellant to pay the filing fee within ten days. The notice

19-51945

further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Mary Kay Holthus, District Judge
       Leo Cono
       Eighth District Court Clerk